UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO: WA:12-CR-00196(1)-ADA |
| § | |
| (1) MICHAEL ALLEN MANSKE § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause. On February 16, 2024 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) MICHAEL ALLEN MANSKE, which alleged that Manske violated a condition of his supervised release and recommended that Manske's supervised release be revoked (Clerk's Document No. 54). A warrant issued and Manske was arrested. On February 28, 2024, Manske appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Manske appeared before the magistrate judge on May 21, 2024, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on May 21, 2024, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Manske, the magistrate judge recommends that this court

revoke Manske supervised release and that Manske be sentenced to imprisonment for EIGHTEEN (18) months, with a term of EIGHT (8) years of supervised release to follow the term of imprisonment (Clerk's Document No. 67). The defendant should receive credit for time served since his arrest. The Court should recommended to the Bureau of Prisons that the defendant complete a minimum twelve-month intensive residential sex offender treatment program while incarcerated. It is further recommended that all original special conditions be reimposed.

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane)*. The parties in this cause were properly notified of the consequences of a failure to file objections.

On May 21, 2024, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No.

71). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 67 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) MICHAEL ALLEN MANSKE's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) MICHAEL ALLEN MANSKE be imprisoned for EIGHTEEN (18) months with a term of supervised release of EIGHT (8) years to follow the term of imprisonment. The defendant shall receive credit for time served since his arrest. The Court recommends to the Bureau of Prisons that the defendant complete a minimum twelve-month intensive residential sex offender treatment program while incarcerated. All prior conditions of supervised release are reimposed.

Signed this 28th day of May, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE