UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:12-CR-00196(1)-ADA |
| | § | |
| (1) MICHAEL ALLEN MANSKE | § | |

**<u>ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE</u>**

Before the court is the above styled and numbered cause.  On August 19, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) MICHAEL ALLEN MANSKE, which alleged that Manske violated a condition of his supervised release and recommended that Manske 's supervised release be revoked (Clerk's  Document No. 73).  A warrant issued and Manske was arrested.  On August 22, 2025, Manske appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set..

Manske appeared before the magistrate judge on October 7, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on October 7, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense

and the intervening conduct of Manske, the magistrate judge recommends that this court revoke Manske supervised release and that Manske be sentenced to imprisonment for TWENTY FOUR (24) MONTHS, with a term of EIGHT (8) YEARS of supervised release to follow the term of imprisonment.  It is recommended that the defendant complete a minimum 12-month intensive residential sex offender treatment program while incarcerated and that he be placed on home confinement, GPS electronic location monitoring for the first 2 years of his supervised release as recommended by the U.S. Probation Office. Lastly, it is recommended that all original special conditions be reimposed. (Clerk's Document No. 88).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court.  *See* 28 U.S.C.§ 636(b);  Fed. R. Civ. P. 72(b).  A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court.  *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On October 7, 2025, following the hearing on the motion to revoke supervised

release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation Of United States Magistrate Judge (Clerk's Document No. 87). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 88 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) MICHAEL ALLEN MANSKE's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) MICHAEL ALLEN MANSKE be imprisoned for TWENTY FOUR (24) MONTHS with a term of supervised release of EIGHT (8) YEARS to follow the term of imprisonment. The defendant shall complete a minimum 12-month intensive residential sex offender treatment program while incarcerated and shall be placed on home confinement, GPS electronic location monitoring for the first 2 years of his supervised release as recommended by the U.S. Probation Office. Lastly, original special conditions are reimposed.

Signed this 8th day of October, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE